UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   1:21-mj-02025-Becerra

UNITED STATES

vs.

KEVIN JOEL MOLINA,

                Defendant.                    /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

/s/ Christine Hernandez

BY: CHRISTINE HERNANDEZ
Assistant United States Attorney
Florida Bar No: 15349
U.S. Attorney's Office
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7641 / 7655
Fax: (305) 715-7639
christine.hernandez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>KEVIN JOEL MOLINA,<br>Defendant(s) | Case No. 1:21-mj-02025-Becerra |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 22, 2020** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951(a) | Did knowingly and unlawfully obstruct, delay, and affect commerce and movement of articles and commodities in commerce by means of robbery. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Carlos Calzadilla, Task Force Officer, ATF
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: **Jan. 7, 2021**

_____
Judge's signature

City and state: **Miami, Florida**      Jacqueline Becerra, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Carlos Calzadilla, being first duly sworn, hereby depose and state the following:

1. I am a Detective with the City of Miami Police Department. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") as a Task Force Officer. I have been a police officer with the City of Miami Police Department for over six (6) years and I have been assigned to the Street Terror Offender Program ("STOP")/High Intensity Drug Trafficking Area ("HIDTA") Task Force for the last eight months. My duties include the investigation of a variety of federal offenses, including crimes such as carjacking, Hobbs Act Robbery, the possession of firearms in furtherance of violent crimes, and drug trafficking offenses.

2. I respectfully submit that there is probable cause to believe that Kevin Joel Molina ("MOLINA") on December 22, 2020, did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a).

3. The statements contained in this affidavit are based on my personal knowledge as well as information relayed to me by other law enforcement officers and witnesses present on scene. I have not included in this affidavit each and every fact known to me. Rather, I have included only those facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint against MOLINA for the above-described criminal violation.

## PROBABLE CAUSE

4. On or about December 22, 2020, at approximately 4:45 A.M, a light skin black male later identified as MOLINA, entered a "7-Eleven" convenience store located at 90 NW 167th Street in Miami, Florida. Surveillance video from inside of the 7-Eleven shows MOLINA entering the store wearing an Old Navy hoodie, blue jeans shorts, black and white Nike shoes, and a surgical mask. Video surveillance

depicts MOLINA walking around the store, grabbing a blue bag of Doritos chips and a drink (Gatorade). MOLINA is then observed on video surveillance approaching the counter with these two items. MOLINA proceeds to take a pistol from a purse he is wearing and pointed the pistol at the store clerk ("D.D") who was behind the counter. MOLINA demanded all the money in the register and threatened to shoot D.D. The storeowner ("C.M") walked over and advised D.D. to comply with MOLINA's demands. MOLINA took approximately $64.00 in US currency from D.D.'s hands and fled the store with the money. C.M. followed MOLINA outside the store and observed him getting into the front passenger seat of a black four-door Cadillac sedan. Through the course of the investigation, law enforcement learned of a black Cadillac CTS sedan, bearing Florida Tag #JFUR17 ("the Vehicle") reported stolen out of Lauderhill, Florida under case 29-2012-003370 and was the same color and make of the vehicle used in the robbery and observed on video surveillance.

5. On or about December 22, 2020, law enforcement placed a felony alert in the system for the Vehicle. Later that same day, the Delray Beach Police Department received a license plate recognition alert at the intersection of Linton Blvd and S. Ocean Blvd in Delray, Florida. As a result of the information provided by the license plate recognition alerts, law enforcement located the Vehicle parked in the Delray Sands Hotel valet parking lot. The Vehicle was occupied by a black male (driver) later identified as M.J. A second black male later identified as MOLINA was also detained during the investigation conducted by Highland Beach Police Department and the Delray Beach Police Department. M.J. was transported to Delray Beach Police Department and charged with Grand theft auto and MOLINA was also transported to Delray Beach Police Department and charged with an active felony warrant out of Hillsboro County, Florida. MOLINA at the time was wearing the same kind of purse captured by the video surveillance during the 7-11 robbery earlier that morning on December 22, 2020.

6. M.J. agreed to speak with law enforcement and advised that he had driven MOLINA to a 7-11 in Dade County, but did not get out of the vehicle nor knew anything about the robbery that occurred there.

7. On or about December 22, 2020, the Vehicle was towed to ATF HIDTA headquarters located at 11200 NW 20 Street in Miami, Florida. Subsequently, law enforcement obtained a search by consent form signed by the registered owner of the Vehicle. A search of the Vehicle was conducted at ATF-HIDTA headquarters on December 23, 2020. Items found inside the Vehicle included the following: an Old Navy hoodie, blue jeans shorts, black and white Nike shoes same as wear by MOLINA the day before when he entered the 7-eleven. The items recovered in the Vehicle matched the clothes worn by MOLINA in the robbery at the 7-11 on December 22, 2020.

8. On or about December 23, 2020 law enforcement officers responded to 2809 S. Ocean Blvd. (The Delray Sands Resort) management office to review the surveillance cameras across from the area where MOLINA and the Vehicle were found. The video surveillance revealed that at approximately 7:24 P.M. on or about December 22, 2020, the Vehicle drove into the west parking lot of the resort. MOLINA is observed getting out of the vehicle and walking across the street into the east parking lot. MOLINA is observed on video walking towards the northeast side of the parking lot into the bushes, which later was identified as parking space number 43. MOLINA is then observed going towards the area where law enforcement detained the Vehicle. After reviewing the surveillance video, law enforcement went to the area of the parking lot where MOLINA was observed in the video and located a black WOLVERINE CO2 BB Pistol laser ("BB Gun") in the bushes of the parking lot at 2809 S. Ocean Blvd., near parking space number 43.

9. Law enforcement reviewed surveillance video and the pistol brandished by MOLINA during the robbery is consistent with the BB gun that was found by law enforcement.

3

10. On or about December 23, 2020 at approximately 7:14 P.M. a photo lineup was presented to D.D. D.D. identified MOLINA as the person who pointed the pistol and robbed the store during the morning of December 22, 2020.

11. On or about December 30, 2020 at approximately 8:17 A.M. a photo lineup was presented to C.M. C.M. identified MOLINA as the person who pointed the pistol at D.D. and robbed the store during the morning of December 22, 2020

## CONCLUSION

12. Based upon the information provided above, I respectfully submit that probable cause exit that Kevin Joel MOLINA on December 22, 2020, did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Tittle 18, United States Code, and section 1951(a).

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

_____
Task Force Officer Carlos Calzadilla
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this 7th day of January 2021.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

4